IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHRISTOPHER THORNTON,      )
                           )
     Plaintiff,            )
                           )      CIVIL ACTION NO.
     v.                    )      2:16cv347-MHT
                           )         (WO)
HOSPITALITY MANAGEMENT     )
ASSOCIATES, INC. and       )
DOUGLAS GURNEY,            )
                           )
     Defendants.           )

                         OPINION

     Plaintiff Christopher Thornton filed this lawsuit

asserting that defendants Hospitality Management

Associates, Inc. and Douglas Gurney operate an

establishment that is not in compliance with Title III

of the Americans with Disabilities Act (ADA), 42 U.S.C.

§ 12181, et seq.   Defendants repeatedly failed to

comply with the orders of the United States Magistrate

Judge and refused to permit a discovery inspection of

the premises.   This lawsuit is now before the court on

the recommendation of the United States Magistrate

Judge that plaintiff's motion for sanctions, including

entry of a default judgment, and plaintiff's motion for expenses be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Appropriate judgments and an injunction will be entered.

DONE, this the 24th day of August, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE