IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER THORNTON,           )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )       2:16cv347-MHT
                                )           (WO)
HOSPITALITY MANAGEMENT          )
ASSOCIATES, INC. and            )
DOUGLAS GURNEY,                 )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted.

(2) Plaintiff Christopher Thornton's motion for sanctions (doc. no. 29) is granted to the extent that the following sanctions are awarded, and in all other respects is denied without prejudice:

(a) Attorneys' fees and expenses in the amount of $ 4,140.50 for preparation of the motion for

sanctions (doc. no. 29);

(b) Fees and costs of $ 3,013.62 for the expert inspector; and

(c) A default judgment on plaintiff Thornton's complaint, which will be entered separately.

(3) Plaintiff Thornton's motion for expenses (doc. no. 30), in which he requests payment of $ 1,053.50 as fees and expenses involved in the preparation of the motion to compel discovery (doc. no. 26), is granted.

(4) In sum, plaintiff Thornton shall have and recover from defendants Hospitality Management Associates, Inc. and Douglas Gurney and from their attorney Charles Turnipseed, jointly and severally, a total of $ 8,207.62: $ 5,194.00 ($ 4,140.50 plus $ 1,053.50) in attorneys' fees and expenses, plus $ 3,013.62 in expenses for the expert inspection, plus interest running from today.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of August, 2017.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**